**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARY STEVENSON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-1282** |
| **SOUTH LOUISIANA MEDICAL ASSOCIATES, INC.** | **SECTION: "K"(2)** |

# ORDER CALL DOCKET

The above-captioned matter complaint was filed on May 3, 2004. There is no record of service on or appearance by defendants, South Louisiana Medical Associates, Inc., Jay Goldsmith, Richard Guthrie, William Pensky, Stephen Hamburger, Michael Wilson, Adela Dupont, Thomas Ferguson, Michael Garcia, Dr. John Bowen, Dr. Michael Butler, Ochsner Clinic Foundation, Louisiana State University Health Sciences Center, Leonard J. Chabert Medical Center Foundation

IT IS ORDERED that plaintiffs' shall show cause on or before September 12, 2005 by written memorandum or motion, as is appropriate, why these defendants should not be dismissed for plaintiffs' failure to serve within 120 days of filing the complaint as required under Fed. R. Civ. P. 4(m), Accordingly,

**FAILURE TO COMPLY WITH THIS ORDER SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.**

New Orleans, Louisiana this __12th__ day of August, 2005.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE