FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -8  AM 11: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY STEVENSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 04-1282 |
| SOUTH LOUISIANA MEDICAL ASSOCIATES, INC. | SECTION "K" |

## ORDER

Due to Hurricane Katrina, IT IS ORDERED that the CALL DOCKET response deadline for September 12, 2005, is extended to December 22, 2005. See record document 9.

**<u>Failure to comply with this order shall result in dismissal without further notice.</u>**

Houma, Louisiana this ___7th___ day of December, 2005.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No _____