FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 23 AM 7:29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY STEVENSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 04-1282 |
| SOUTH LOUISIANA MEDICAL ASSOCIATES, INC. | SECTION "K" |

## ORDER AND JUDGMENT

Plaintiffs' failed to comply with the Court's order of December 8, 2005, ordering plaintiffs', Mary Stevenson to show cause by December 22, 2005, why plaintiffs' have failed to serve defendants, South Louisiana Medical Associates, Inc., Jay Goldsmith, Richard Guthrie, William Pensky, Stephen Hamburger, Michael Wilson, Adela Dupont, Thomas Ferguson, Michael Garcia, Dr. John Bowen, Dr. Michael Butler, Ochsner Clinic Foundation, Louisiana State University Health Sciences Center, Leonard J. Chabert Medical Center Foundation within 120 days of filing this matter. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs' claims and demands against defendants, South Louisiana Medical Associates, Inc., Jay Goldsmith, Richard Guthrie, William Pensky, Stephen Hamburger, Michael Wilson, Adela Dupont, Thomas Ferguson, Michael Garcia, Dr. John Bowen, Dr. Michael Butler, Ochsner Clinic Foundation, Louisiana State University Health Sciences Center, Leonard J. Chabert Medical Center

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Foundation are hereby DISMISSED WITHOUT PREJUDICE, for plaintiffs' failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 20th day of January, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT